**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Roxanne Monique Kennedy

Appellate case number:   01-20-00061-CV

Trial court case number: 15-FD-2255

Trial court:             306th District Court of Galveston County

Because the Court has withdrawn the original opinion on its own motion and issued a revised opinion, the Court **orders** the motion for en banc reconsideration **denied as moot**. *See* TEX. R. APP. P. 41.2(c), 49.7.

Judge's signature: ___Justice Peter Kelly_____
               ☐ Acting individually     ☑ Acting for the Court

En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ____July 15, 2021_____